IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CV-834-D

| | | |
|---|---|---|
| AISHA PHILLIPS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SMITHFIELD PACKING COMPANY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

On May 9, 2017, plaintiff filed a joint motion to stay proceedings until July 10, 2017, pending a court-hosted settlement conference. See [D.E. 34]. The motion is granted.

This matter is referred to Magistrate Judge Numbers for a court-hosted settlement conference. Judge Numbers will contact the parties concerning the schedule for the settlement conference.

SO ORDERED. This _10_ day of May 2017.

JAMES C. DEVER III
Chief United States District Judge