IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CV-00834-D

**Aisha Phillips**, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

**Smithfield Packing Company, Inc.**,

    Defendant.

**Order**

    This matter is set for a court-hosted settlement conference on June 21, 2017. Opt-In Plaintiff Germaine Perry has asked to be excused from attending the settlement conference in person. Perry claims that attending would cause her a financial hardship because she would have to take time off from work to attend. But Perry also indicates that she would be available by phone "as she works the second shift…." D.E. 38 at 2. In light of the fact that Perry could attend some (and potentially all) of the settlement conference without missing work, the court finds that she has not shown good cause to be excused from the settlement conference. Therefore, Perry's motion (D.E. 38) is denied. If Perry wishes to dismiss her claim or seeks to have her claim severed, she may file a separate motion seeking that relief from the district court.

Dated: June 7, 2017

_____
Robert T. Numbers, II
United States Magistrate Judge