IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CV-00834-D

**Aisha Phillips,** on behalf of herself and all others similarly situated,

    Plaintiff,

v.

**Smithfield Packing Company, Inc.**,

    Defendant.

**Order**

Before the court is a Motion to Sever. D.E. 40. The motion seeks to sever the claim of opt-in Plaintiff Germaine Perry. At the June 21, 2017 Settlement Conference, the parties resolved all issues other than the amount of attorneys' fees counsel may be entitled to recieve. In light of the settlement, and given counsels' representations to the court, the Motion to Sever (D.E. 40) is DENIED AS MOOT.

Dated: July 10, 2017

_____
Robert T. Numbers, II
United States Magistrate Judge