THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO. 5:16-CV-834-D

| | | |
|---|---|---|
| AISHA PHILLIPS, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| SMITHFIELD PACKING COMPANY, INC., | ) ) ) | |
| Defendant. | ) ) | |

Upon due consideration, Plaintiff's Motion to Withdraw Motion for Attorneys' Fees (ECF No. 67) is **GRANTED**. Accordingly, Plaintiff's Motion for Attorneys' Fees and Costs (ECF No. 48) is **DENIED AS MOOT** and **WITHDRAWN** from the Court's consideration.

SO ORDERED. This _4_ day of October 2017.

JAMES C. DEVER III
Chief United States District Judge